CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br><br>**Darwin Moises Guaquipana-Rochina**<br>DOB: 2004; Citizen of Ecuador | DOCKET NO.<br><br><br>MAGISTRATE'S CASE NO.<br><br>**26-00537MJ** |
|---|---|

Complaint for violation of Title 18, United States Code, Sections 111(a) and (b), and
Title 8, United States Code, Section 1326(a)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**Count 1:** On or about May 9, 2026, at or near Nogales, in the District of Arizona, Defendant **Darwin Moises Guaquipana-Rochina** did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent M.R., an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent M.R. was engaged in, or on account of the performance of his duties, by biting Agent M.R. on the hand which inflicted bodily injury; in violation of Title 18, United States Code, Sections 111(a) and 111(b).

**Count 2:** On or about May 9, 2026, at or near Nogales, in the District of Arizona, **Darwin Moises Guaquipana-Rochina**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Harlingen, Texas, on December 15, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about May 9, 2026, United States Border Patrol Agent M.R. was attempting to detain **Darwin Moises Guaquipana-Rochina** for an immigration inspection. **Guaquipana-Rochina** struggled with the agent. When Agent M.R. tried to take **Guaquipana-Rochina's** wrist, **Guaquipana-Rochina** pulled Agent M.R.'s wrist to his mouth and bit Agent M.R.'s hand. Agent M.R. was wearing gloves, but **Guaquipana-Rochina** bit him hard enough to break the skin on Agent M.R.'s hand. Agent M.R. sustained injuries that required medical attention.

**Guaquipana-Rochina** is a citizen of Ecuador. On December 15, 2025, **Guaquipana-Rochina** was lawfully denied admission, excluded, deported and removed from the United States through Harlingen, Texas. On May 9, 2026, agents found **Guaquipana-Rochina** in the United States at or near Nogales, Arizona, without the proper immigration documents. **Guaquipana-Rochina** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>ADAM J ALESSI Digitally signed by ADAM J ALESSI Date: 2026.05.11 09:43:06 -07'00' |
|---|---|
| | OFFICIAL TITLE & NAME:<br>USBP Agent Adam Alessi |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 11, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3 and 54

Reviewing AUSA S. Houston